United States District Court
Southern District of Texas
**ENTERED**
September 26, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FRANK YOUNG § | |
| § | |
| VS § | CIVIL ACTION NO. H 23-2138 |
| § | |
| KILOLO KIJAKAZI, Acting Commissioner § | |
| SOCIAL SECURITY ADMINISTRATION § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding are the parties' cross-motions for summary judgment (Doc. Nos. 12, 14), and Magistrate Judge Bennett's Memorandum and Recommendation (Doc. No. 19). Plaintiff filed a Motion for Reconsideration (Doc. No. 20) which this Court will treat as objections to the Memorandum and Recommendation.

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusions. Accordingly, it is hereby

**ORDERED** that Plaintiff's Objections (Doc. No. 20) are **OVERRULED**; the Memorandum and Recommendation (Doc. No. 19) is **ADOPTED**; the Commissioner's Motion for Summary Judgment (Doc. No. 12) is **GRANTED**; and Plaintiff's Motion for Summary Judgment (Doc. No. 14 is **DENIED**. It is further

**ORDERED** that the Commissioner's decision is **AFFIRMED** and this case is **DISMISSED WITH PREJUDICE**.

Entry of this Order shall constitute entry of final judgment.

SIGNED at Houston, Texas, this 24th day of September 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

2